IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FERNANDO NUNEZ,
                  Petitioner,         :
      v.                                 :         CIVIL ACTION
                                        :         NO. 12-7196
MARIOSA LAMAAS et al.,           :
                  Respondents.   :

**ORDER**

      AND NOW, this 23rd day of February, 2015, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, (Dkt No. 1), and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, (Dkt No. 34), and Petitioner's Objections, (Dkt No. 41), it is hereby ORDERED that:

1. Petitioner's objections are overruled;

2. The Report and Recommendation is APPROVED and ADOPTED;

3. The Petition for Writ of Habeas Corpus is DENIED;

4. There is no basis for the issuance of a certificate of appealability.


                          BY THE COURT:

                          /s/ C. Darnell Jones, II

                          _____

                          C. DARNELL JONES, II, J.